UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LA'RUE RAYNAUD and EMMANUEL "TAHON" RAMIREZ,

                        Plaintiffs,

-against-

MULLIGAN SECURITY LLC,

                        Defendant.

Case No. 1:25-cv-01782 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      Plaintiffs La'Rue Raynaud and Emmanuel "Tahon" Ramirez (together, "Plaintiffs") brought this action against Defendant Mulligan Security LLC, invoking the Court's subject matter jurisdiction on the ground of diversity of citizenship. *See* 28 U.S.C. § 1332. In their initial Complaint, Plaintiffs alleged that they are citizens of New York. *See* Dkt. 5 ("Compl.") ¶¶ 5-6. They alleged that Defendant Mulligan Security LLC is a Delaware foreign limited liability company ("LLC"). *See id.* ¶ 7.

      Since it is well established that an LLC is deemed to be a citizen of each state of which its members are citizens, *see, e.g.*, *Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51-52 (2d Cir. 2000), and the Complaint failed to allege the citizenship of Defendant Mulligan Security LLC's members, the Court directed Plaintiffs to "amend their Complaint to allege the citizenship of each constituent person or entity comprising Defendant Mulligan Security LLC" by March 24, 2025. Dkt. 8. The Court also warned Plaintiffs that if they were "unable to amend the Complaint to truthfully allege complete diversity of citizenship" by that date, "then the Complaint will be dismissed for lack of subject matter jurisdiction without further notice to either party." *Id.*

On March 21, 2025, Plaintiffs filed an Amended Complaint. Dkt. 10 ("AC"). Despite the Court's instructions, Plaintiffs have not alleged the citizenship of *any* of the Defendant LLC's members. Instead, the AC alleges only that "Defendant Mulligan Security LLC is incorporated in Delaware, therefore, is a citizen of Delaware." *Id.* ¶ 7; *see also id.* ¶ 19. As the Court previously explained, this is insufficient to allege the citizenship of an LLC. *See* Dkt. 8; *Tao v. Ice Cold Storage, LLC*, No. 23-cv-06599 (KMK), 2023 WL 7738490, at *2 (S.D.N.Y. Nov. 15, 2023) (dismissing complaint sua sponte where plaintiffs failed to allege the citizenship of the defendant LLC's members); *SBL Enters. LLC v. Keystone Cap. Corp.*, No. 21-cv-04459 (MKV), 2021 WL 2000365, at *3 (S.D.N.Y. May 19, 2021) (dismissing complaint where plaintiffs failed to allege the citizenship of an LLC's members and instead alleged only that the LLC was "a North Carolina limited liability company with a principal address in North Carolina" (alteration and omission adopted)).

Therefore, the Court dismisses the Amended Complaint without prejudice for lack of subject matter jurisdiction.

Dated: March 24, 2025
       New York, New York

                                     SO ORDERED.

                                     *Jennifer Rochon*
                                     JENNIFER L. ROCHON
                                     United States District Judge